# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BETTER MOUSE COMPANY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> STEELSERIES APS, ET AL., <br><br> Defendants. | CIVIL ACTION NO. 2:14-cv-198 <br> **(Consolidated Lead Case)** <br><br> **<u>JURY TRIAL DEMANDED</u>** |
| BETTER MOUSE COMPANY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CORSAIR COMPONENTS, INC., ET AL., <br><br> Defendants. | CIVIL ACTION NO. 2:14-cv-283 <br> **(Particular Member Case)** <br><br> **<u>JURY TRIAL DEMANDED</u>** |

## <u>ORDER OF DISMISSAL WITH PREJUDICE</u>

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice (Dkt. No. 145) of all claims and counterclaims asserted between plaintiff Better Mouse Company, LLC and defendants Corsair Components, Inc. and Corsair Memory, Inc. in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff Better Mouse Company, LLC and defendants Corsair Components, Inc. and Corsair Memory, Inc. are hereby dismissed with prejudice. The parties have settled under the terms of an agreement entitled "**<u>SETTLEMENT AND LICENSE AGREEMENT</u>**" and dated April 6, 2015 (the "Settlement Agreement").

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**So Ordered and Signed on this**

**Apr 9, 2015**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE